UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KASIE RACQUELLE LEE A.,[1]<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Case No. 1:22-cv-00427-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco. (Dkt. 27). On January 6, 2020, Plaintiff protectively filed a Title II application for a period of disability and disability insurance benefits; Plaintiff also protectively filed a Title XVI application for supplemental security income. The claims were originally denied on May 7, 2020, and again on reconsideration on August 6, 2020.

　　On September 22, 2020, Plaintiff filed a Request for Hearing before an Administrative Law Judge ("ALJ"). On April 22, 2021, ALJ David Wells held a telephonic hearing (due to the COVID-19 Pandemic), at which time

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Plaintiff, appearing with her attorney Heather Farnsworth, testified. Richard Ostrander, an impartial vocational expert, also appeared and testified at the same hearing.

On July 28, 2021, the ALJ issued a decision denying Plaintiff's claim, finding that she was not disabled within the meaning of the Social Security Act. Plaintiff timely requested review from the Appeals Council. On August 11, 2022, the Appeals Council denied Plaintiff's Request for Review, making the ALJ's decision the final decision of the Commissioner of Social Security.

On February 20, 2024, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter. Dkt. 27. Pursuant to the statute, Judge Patricco gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on February 20, 2024 (Dkt. 27) is **INCORPORATED** and **ADOPTED** in its entirety.

2. The decision of the Commissioner of Social Security is **AFFIRMED** for the reasons set forth in the Report and Recommendation (Dkt. 27).

3. Plaintiff's Petition for Review (Dkt. 1) is **DENIED**, and this action is **DISMISSED** in its entirety, with prejudice, for the reasons set forth in the Report and Recommendation (Dkt. 27).

4. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **March 07, 2024**

B. Lynn Winmill
U.S. District Court Judge